UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 16-2600-JFW (JPRx)**                                    Date: May 24, 2016

Title:   Walter M. Bosteder, et al. -v- The Bank of New York Mellon, et al.

**PRESENT:**

   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

   Cheryl Wynn                                    None Present
   Relief Courtroom Deputy                        Court Reporter

**ATTORNEYS PRESENT FOR PLAINTIFFS:**      **ATTORNEYS PRESENT FOR DEFENDANTS:**
           None                                              None

**PROCEEDINGS (IN CHAMBERS):**   ORDER DISMISSING RICO CLAIM WITHOUT PREJUDICE

   On May 16, 2016, the Court issued an Order directing Plaintiffs to file a "RICO Case Statement" on or before May 20, 2016, and expressly warned Plaintiffs that failure to respond to the Court's Order would result in the dismissal of Plaintiffs' RICO claim. Plaintiffs failed to file a RICO Case Statement or any response to the Court's Order. Accordingly, the Court **DISMISSES** Plaintiffs' RICO claim, the Seventh Cause of Action, without prejudice.

   IT IS SO ORDERED.